UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

KEANDRE HOLLINS,

    Plaintiff,

  v.

RICHARD WATSON, TRINITY SERVICE
GROUP, DR. DAVID MARCOWITZ,

    Defendants.

Case No. 21-cv-161-JPG

## MEMORANDUM AND ORDER

This matter comes before the Court on the plaintiff's joint motions to dismiss defendants Dr. David Marcowitz (Doc. 108) and Trinity Service Group (Doc 109) with prejudice and without costs pursuant to Federal Rule of Civil Procedure 41(a)(2).  Rule 41(a)(2) provides that only the Court may dismiss an action after an adverse party has filed an answer or motion for summary judgment and in the absence of a stipulation of dismissal of an entire case signed by all the parties.  The defendants having joined in their respective motion, the Court **GRANTS** the motions (Docs. 108 & 109), **DISMISSES with prejudice** and **without costs** the claims in this case against defendants Marcowitz and Trinity Service Group, and **DIRECTS** the Court to enter judgment accordingly at the close of the case.  Marcowitz and Trinity Service Group are terminated as defendants in this case.

The Court having further been notified that entry of a 60-day order is warranted due to settlement with defendant Richard Watson, such order will enter.

**IT IS SO ORDERED.**
**DATED:  September 25, 2023**

                          s/ J. Phil Gilbert
                          **J. PHIL GILBERT**
                          **DISTRICT JUDGE**